Argued and submitted June 14, reversed and remanded for reconsideration
July 26, 1995

In the Matter of the Compensation of
Kim D. Wood, Claimant.

BILLS KWIK MARKET
and Grocers Insurance,
*Petitioners,*

*v.*

Kim D. WOOD
and Consolidated Freightways,
*Respondents.*

(WCB 92-16294; CA A85830)

899 P2d 1219

Karen O'Kasey argued the cause for petitioners. With her on the brief was Schwabe, Williamson & Wyatt.

Alan M. Scott argued the cause for respondent Kim D. Wood. With him on the brief was Galton, Scott & Golett.

No appearance by respondent Consolidated Freightways.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

## PER CURIAM

Employer seeks review of a Workers' Compensation Board order holding that claimant's aggravation claim is compensable. At oral argument, both parties agreed that the new revisions to Oregon Laws 1995, chapter 332, (SB 369), which became effective June 7, 1995, apply to this case and ask that we remand to the Board to reconsider in light of the new law. We agree that is the proper disposition. *Volk v. America West Airlines*, 135 Or App 565, 899 P2d 746 (1995).

Reversed and remanded for reconsideration.